UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.

```
*****************************
Gregory M. Driscoll,            *
                                *
         Plaintiff              *
                                *        05-40126 FDS
v.                              *
                                *
HSBC MORTGAGE SERVICES;         *
Household Mortgage Services Inc.;*
Mortgage Electronic Services;   *
Its successors and assigns      *
Doonan, Graves & Longoria LLC   *
                                *
         Defendant              *
                                *
*****************************
```

NOTICE OF REMOVAL OF MATTER TO

THE UNITED STATES DISTRICT COURT

NOW COMES the Defendants, HSBC Mortgage Services, "HSBC"; Household Mortgage Services Inc. (Household); Mortgage Electronic Services (MERS); and Doonan, Graves & Longoria LLC (DGL), by and through their attorneys Doonan, Graves & Longoria LLC, and pursuant to Chapter 28, Section 1441 (a) and (b) of the United States Code hereby removes the action pending in the Worcester County Superior Court as Civil Action WOC CV2005-01363, to the United States District Court, District of Massachusetts, Worcester Division.

FILING FEE PAID:
RECEIPT # 104632
AMOUNT $ 250.00
BY DPTY CLK ___
DATE 8/3/05

## GROUNDS FOR REMOVAL

1. This action is removable from the Worcester Superior Court to this Federal District Court since it is a civil action and diversity exists under Chapter 28 U.S.C. Section 1332.

2. The plaintiff in this action, Gregory M. Driscoll, is a resident of Massachusetts who resides at 87 Flagg Street, Worcester, Massachusetts 01602.

3. The Defendant, HSBC f/n/a Household, is a Delaware corporation with a principle place of business at 636 Grand Regency Blvd, Bandon, Florida 33510.

4. MERS is the nominee for HSBC, f/n/a/ Household Finance Corporation and, thus, not properly named as a party defendant in the action.

5. Likewise, the undersigned, Doonan, Graves & Longoria LLC, is the law firm who represents HSBC f/k/a Household in the foreclosure action and is not properly named as a defendant in the instant matter.

6. Moreover, the Plaintiff acknowledges that DGL is not a proper party in his related action filed in this Court on July 22, 2005, under Civil Docket Number 05-40120-FDS, wherein DGL is not named as a party.

7. The amount in controversy meets the jurisdictional threshold as the unpaid balance of the mortgage being foreclosed was at least $140,113.54 as of June 16, 2005.

8. Jurisdiction also exists pursuant to 28 U.S.C. Section 1331 as the the Plaintiff's state and federal *pro-se* Complaints cite various sections in the Federal Fair Debt Collection Act.

**BACKGROUND**

9. The Plaintiff is *pro se* and filed a "complaint" in the Worcester County Superior Court on July 21, 2005, in civil action number 05-1363C to stay the transfer of the subject property after a foreclosure sale.

10. A hearing on the Plaintiffs' state court motion was held on July 22, 2005, and on July 26, 2005, HSBC's Notice of Removal was "allowed" and the Notices to all parties mailed. *See* Exhibit 1.

11. On July 22, 2005, Mr. Driscoll filed a *pro-se* complaint and request for Temporary Restraining Order under Docket No. 05-40120-FDS.

12. The hearing on the Plaintiff's request for a preliminary injunction in Docket No. 05-40120-FDS is scheduled for August 3, 2005.

13. If removal of the state court action to this District Court is approved, the matters may be consolidated as the Plaintiff's handwritten pleadings appear to raise identical issues in both actions.

WHEREFORE the defendants hereby requests that this Court accept jurisdiction over this matter.

Dated: 7/29/05

_____
Reneau J. Longoria, Esq.
BBO #635118
John A. Doonan, Esq.
BBO #547838
Doonan, Graves & Longoria
100 Cummings Center
Suite 213C
Beverly, MA 01915
978-921-2670

*E:\Litigation\Flattes\notice of removal- USDC.doc*

**Commonwealth of Massachusetts**
**County of Worcester**
**The Superior Court**

Civil Docket **WOCV2005-01363**

RE:   Driscoll v HSBC Mortgage Services Inc et al

TO:   John A Doonan, Esquire
Doonan Graves & Longoria LLC
100 Cummings Center
Suite 213C
Beverly, MA 01915

## CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on **07/22/2005**:

*RE: Notice of removal to the US District Court by HSBC Mortgage Services Inc., Filed in Court.*

**is as follows:**

**MOTION (P#3) ALLOWED after hearing. (Bruce R. Henry, Justice) Notices mailed July 26, 2005**

Dated at Worcester, Massachusetts this 26th day of July, 2005.

Francis A. Ford,
Clerk of the Courts
BY:

Alexander Rodriguez, III
Assistant Clerk

Telephone: 508-770-1899, Ext. 126 or Ext. 105 (Session Clerk)

Copies mailed 07/26/2005



cvdresult_2.wpd 1114173 motallow marchand

MAS-20040305  Case 4:05-cv-40126-TSH   Document 1   Filed 08/01/2005   Page 6 of 9   07/26/2005
marchand                           Commonwealth of Massachusetts                                  10:07 AM
                                   WORCESTER SUPERIOR COURT
                                          Case Summary
                                          Civil Docket

# WOCV2005-01363
# Driscoll v HSBC Mortgage Services Inc et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 07/21/2005 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 07/26/2005 | **Session** | C - Civil C (16 Worcester) | | |
| **Origin** | 1 | **Case Type** | D99 - Misc equitable remedy | | |
| **Lead Case** | | **Track** | F | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 10/19/2005 | **Answer** | 12/18/2005 | **Rule12/19/20** | 12/18/2005 |
| **Rule 15** | 12/18/2005 | **Discovery** | 05/17/2006 | **Rule 56** | 06/16/2006 |
| **Final PTC** | 07/16/2006 | **Disposition** | 09/14/2006 | **Jury Trial** | Unknown |

### PARTIES

**Plaintiff**
Gregory M Driscoll
87 Flagg Street
Worcester, MA 01602
Active 07/21/2005 Notify

**Defendant**
HSBC Mortgage Services Inc
Service pending 07/21/2005

**Private Counsel 547838**
John A Doonan
Doonan Graves & Longoria LLC
100 Cummings Center
Suite 213C
Beverly, MA 01915
Phone: 978-741-2680
Fax: 978-744-8780
Active 07/22/2005 Notify

**Defendant**
Household Mortgage Services Inc
Service pending 07/21/2005

**Defendant**
Mortgage Electronics Services
Service pending 07/21/2005

MAS-20040305  Case 4:05-cv-40126-TSH   Document 1   Filed 08/01/2005   Page 7 of 9   07/26/2005
marchand                         Commonwealth of Massachusetts                         10:07 AM
                                  WORCESTER SUPERIOR COURT
                                         Case Summary
                                          Civil Docket

# WOCV2005-01363
## Driscoll v HSBC Mortgage Services Inc et al

| Defendant | |
|---|---|
| Doonan Graves Longoria LLC<br>Service pending 07/21/2005 | |

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 07/21/2005 | 1.0 | Complaint & civil action cover sheet filed |
| 07/21/2005 | | Origin 1, Type D99, Track F. |
| 07/21/2005 | 2.0 | ORDER Short Order of Notice to issue returnable on Friday July 22 2005 at 11:00am in Courtroom #16 (Bruce R. Henry, Justice) (defendants notified by fax and phone) |
| 07/22/2005 | 3.0 | Notice of removal to the US District Court by HSBC Mortgage Services Inc., Filed in Court. |
| 07/22/2005 | | MOTION (P#1) No Action - See deft's notice of removal to US Dist. Court. (Bruce R. Henry, Justice). Notices mailed July 26, 2005 |
| 07/22/2005 | | MOTION (P#3) ALLOWED after hearing. (Bruce R. Henry, Justice) Notices mailed July 26, 2005 |
| 07/26/2005 | | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 07/22/2005 | Civil C (16 Worcester) | Motion/Hearing: prel inj<br>Rm. 203 | Event held as scheduled |

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET 05-40126

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Gregory M. Driscoll

**DEFENDANTS**
HSBC Mortgage Services, "HSBC"; Household Mortgage Services Inc. (Household); Mortgage Electronic Services (MERS); and

(b) County of Residence of First Listed Plaintiff  Worcester
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Florida (Hillsborough)
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Pro Se Gregory M. Driscoll, 87 Flagg Street, Worcester, MA 01602

Attorneys (If Known)
Reneau J. Longoria Esq. John A. Doonan, Esq., Doonan, Graves & Longoria, 100 Cummings Center, Suite 213C, Beverly, MA 01915

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☒ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1446 (Removal from State Court)

Brief description of cause:
Plaintiff claims the Defendants violated the Federal Fair Debt Collect Act -action originally brought in Wor. Cty.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE  F. Dennis Saylor IV
DOCKET NUMBER  05-1363C

DATE  7/29/05
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Gregory M. Driscoll v. HSBC et. al.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   [✓] I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   [ ] II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

   [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   [ ] IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   [ ] V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   Driscoll v. HSBC 05-1363C

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [✓]   NO [ ]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [✓]
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [✓]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [ ]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [ ]   NO [✓]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [✓]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [✓]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Breneau J. Longoria, Doonan, Graves & Longoria LLC
ADDRESS   100 Cummings Center, Suite 213C, Beverly MA 01915
TELEPHONE NO.   978-921-2670

(CategoryForm.wpd - 5/2/05)