UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREG M. DRISCOLL,

       Plaintiff,                              CIVIL ACTION
v.                                               NO.   05-40120-TSH
                                                               05-40126-TSH

HBSC MORTGAGE SERVICES
and MORTAGAGE ELECTRONIC
SYSTEMS, INC., as Nominee for Household
Finance Corporation, its successors and Assigns
and DOONAN, GRAVES AND LONGORIA, LLC,

       Defendants,

<u>ORDER OF DISMISSAL</u>

January 4, 2007

HILLMAN, M.J.

     In Accordance with the Memorandum and Order dated December 8, 2006,  it is

ORDERED that this action be dismissed.

                                                            By the Court:

                                                            SARAH A. THORNTON, Clerk

                                                            <u>/s/ Lisa B. Roland</u>
                                                            Lisa B. Roland
                                                           Deputy Clerk
                                                           (508) 929-9905